IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AUTUMN BRIN, Individually and on behalf of her son, Devon Hoffman, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>ACI MOTOR FREIGHT, INC., et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 14-1125-EFM<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Autumn Brin and Devon Hoffman and Defendants ACI Motor Freight, Inc., Robert L. Claibourn, III, Kroger Co., Joshua Rowley, and Gibson & Associates, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), hereby agree and stipulate that this action should be dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

Respectfully submitted,

By: /s/Maaren L. Johnson
Maaren L. Johnson, #40944
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202
Telephone: 303-893-9800
Facsimile: 303-893-9900
mjohnson@coloradolaw.net
Attorneys for Plaintiffs

By: /s/Nicholas S. Clevenger
Nicholas S. Clevenger, #78230
David M. Peterson, #70317
Peterson & Associates, P.C.
Park Plaza Building
801 W. 47th Street, Suite 107
Kansas City, Missouri 64112
Telephone: 816-531-4440

        Facsimile: 816-531-0660
        nsc@petersonlawfirm.com
        dmp@petersonlawfirm.com
        Attorneys for Plaintiffs

By:   /s/Charles A. Getto
        Charles A. Getto, #09895
        McAnany, Van Cleave & Phillips, P.A.
        10 E. Cambridge Circle Dr., Suite 300
        Kansas City, Kansas 66103
        Telephone: 913-371-3838
        Facsimile: 913-371-4722
        cgetto@mvplaw.com
        Attorneys for Defendants ACI Motor
        Freight, Inc. and Robert L. Claibourn, III

By:   /s/Thomas A. Dower
        Thomas A. Dower, #12894
        Gilliland & Hayes, LLC – Hutchinson
        20 West 2nd Street, 2nd Floor
        PO Box 2977
        Hutchinson, Kansas 67501
        Telephone: 620-662-0537
        Facsimile: 620-669-9426
        tdower@gh-ks.com
        Attorneys for Defendants Kroger Co. and
        Joshua Rowley

By:   /s/John M. Graham
        John M. Graham, Jr., #16694
        Law Offices of Steve Piland
        7400 College Boulevard, Suite 550
        Overland Park, Kansas 66206
        Telephone: 913-693-8501
        Facsimile: 877-369-5822
        John.graham@thehartford.com
        Attorneys for Defendant Gibson & Assoc.